# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00678-CV

**Vincent Salvo and Kim Tanner, Petitioners**

**v.**

**Pacesetter Homes, LLC and La Ventana Ranch Owners Association, Inc., Respondents**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 15-2512, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Petitioners Vincent Salvo and Kim Tanner have filed a motion to dismiss their petition for permissive appeal and alternative petition for writ of mandamus. In their motion, petitioners represent that the parties have settled the underlying dispute and agree to the dismissal. We grant the motion and dismiss the petition for permissive appeal and alternative petition for writ of mandamus.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Puryear and Pemberton

Filed:   January 6, 2017

_____

[1] *See* Tex. R. App. P. 42.1(a)(1). We dismiss as moot respondent La Ventana Ranch Owners Association, Inc.'s motion to dismiss petitioners' petition for permissive appeal.